■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL ALLEN, Appellant. [989 NYS2d 890]—Appeal by the de-

fendant from a judgment of Supreme Court, Westchester County (Lorenzo, J.), rendered December 1, 2010, convicting him of assault in the second degree and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review his contention that there was legally insufficient evidence to support the "intent" and "dangerous instrument" elements of assault in the second degree (*see People v Hawkins*, 11 NY3d 484 [2008]; CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to prove the defendant's guilt of assault in the second degree beyond a reasonable doubt. Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342, 348 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt as to assault in the second degree was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Dickerson, J.P., Leventhal, Cohen and Hinds-Radix, JJ., concur.